**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6673

MARCUS LANE, SR.,

            Plaintiff - Appellant,

      v.

C.T. WOODY, Sheriff; LT. COL. BURNETT; DR. FURMA, Head Doctor
Richmond City Jail Medical Department,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   T. S. Ellis, III, Senior
District Judge.  (1:08-cv-00109-TSE-JFA)

Submitted:  August 14, 2008       Decided:  August 21, 2008

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marcus Lane, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Lane, Sr., appeals a district court order dismissing without prejudice his complaint for failing to provide a current mailing address. Because Lane was obligated to keep the district court informed of any change of address, we affirm the court's order. We deny Lane's motions for transcript at government expense and appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED